**Clarence JONES, Appellant,**

v.

**MISSOURI DIVISION OF EM-PLOYMENT SECURITY, et al., Respondent.**

No. WD 47726.

Missouri Court of Appeals, Western District.

Oct. 5, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 30, 1993.

Samuel I. McHenry, Kansas City, for appellant.

Sharon A. Willis, Kansas City, Victorine R. Mahon, Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and KENNEDY and LOWENSTEIN, JJ.

## ORDER

PER CURIAM.

Clarence Jones appeals the affirmance by the circuit court of the decision of the Labor & Industrial Relations Commission which denied his claim for unemployment benefits.

The judgment is affirmed. Rule 84.16(b).